CLOSED

# U.S. District Court
## Southern District of Georgia (Savannah)
### CRIMINAL DOCKET FOR CASE #: 4:05-cr-00264-WTM-ALL
#### Internal Use Only

Case title: USA v. Kelly et al                           Date Filed: 09/16/2005
Magistrate judge case number: 4:05-mj-00044-GRS

Assigned to: Chief Judge William T.
Moore

**Defendant**

**Julius Darnell Kelly** (1)        represented by   **James R. Gardner**
*TERMINATED: 10/17/2006*                             James R. Gardner, LLC
                                                     P.O. Box 879
                                                     Richmond Hill, GA 31324
                                                     912-756-3688
                                                     Fax: 912-756-3640
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: CJA Appointment*

**Pending Counts**                                   **Disposition**

18 USC 371 Conspiracy                                Dismissed
(1)

18 USC 922(a)(1)(A) and 924(a)(1)(D)                 Defendant is hereby committed to the
Unlicensed dealing in firearms                       custody of the USBOP for a term of 30
(2)                                                  months; supervised release for a term of
                                                     3 years; std/special conditions of
                                                     supervision; assessment of $100.00

18 USC 922(a)(6) False statements to
purchase firearms                                    Dismissed
(3-9)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                **Disposition**

None                                                 ATTEST: A TRUE COPY
                                                     Certified to     5/17/07

**Highest Offense Level (Terminated)**
                                                     Deputy Clerk

None

**Complaints**                                          **Disposition**

18:922A.F, 18:924A.F

_____

Assigned to: Chief Judge William T.
Moore

**Defendant**

**Michael Williams** (2)          represented by   **Thomas R. Taggart**
*TERMINATED: 08/23/2006*                             The Taggart Law Firm
                                                     P.O. Box 8284
                                                     Savannah, GA 31412-8284
                                                     912/236-6949
                                                     Fax: 912/236-6959(fax)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: CJA Appointment*

**Pending Counts**                                      **Disposition**

18 USC 371 Conspiracy                                   Dismissed
(1)

18 USC 922(a)(6) False statements to
purchase firearms                                       Dismissed
(3-7)

18 USC 922(a)(6) False statements to                    Defendant is hereby sentenced to
purchase firearms                                       probation for a term of 4 years;
(8)                                                     std/special conditions of probation;
                                                        assessment of $100.00

18 USC 922(a)(6) False statements to
purchase firearms                                       Dismissed
(9)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                   **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                          **Disposition**

None

**Plaintiff**

**USA**                                    represented by    **Cameron Heaps Ippolito**
                                                          U.S. Attorney's Office - Savannah
                                                          P.O. Box 8970
                                                          Savannah, GA 31412
                                                          US
                                                          912-652-4422
                                                          Fax: 912-652-4388
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/01/2005 | 1 | COMPLAINT as to Julius Darnell Kelly (1). (sff) [4:05-mj-00044-GRS] (Entered: 09/01/2005) |
| 09/01/2005 | 2 | ARREST Warrant Issued by G. R. Smith in case as to Julius Darnell Kelly. (sff) [4:05-mj-00044-GRS] (Entered: 09/01/2005) |
| 09/01/2005 | 3 | ARREST Warrant Returned Executed on 09/01/05. in case as to Julius Darnell Kelly. (sff) [4:05-mj-00044-GRS] (Entered: 09/01/2005) |
| 09/01/2005 | 4 | CJA 23 Financial Affidavit by Julius Darnell Kelly (sff) [4:05-mj-00044-GRS] (Entered: 09/01/2005) |
| 09/01/2005 | 5 | Minute Entry for proceedings held before Judge G. R. Smith :Initial Appearance as to Julius Darnell Kelly held on 9/1/2005 (Court Reporter TAPE.) (sff) [4:05-mj-00044-GRS] (Entered: 09/01/2005) |
| 09/06/2005 | 6 | ORDER OF TEMPORARY DETENTION as to Julius Darnell Kelly . Signed by Judge G. R. Smith on 09/01/05. (sff) [4:05-mj-00044-GRS] (Entered: 09/06/2005) |
| 09/16/2005 | 7 | INDICTMENT as to Julius Darnell Kelly (1) count(s) 1, 2, 3-9, Michael Williams (2) count(s) 1, 3-9. (jgb) (Entered: 09/16/2005) |
| 09/16/2005 | 8 | PENALTY CERTIFICATION by Government as to USA. (jgb) (Entered: 09/16/2005) |
| 09/16/2005 |  | Arrest Warrant Issued by G. R. Smith in case as to Julius Darnell Kelly, Michael Williams. (jgb) (Entered: 09/16/2005) |
| 09/20/2005 |  | ***Excludable(s) stopped as to Julius Darnell Kelly (jgb) (Entered: 09/22/2005) |
| 09/21/2005 |  | Set Hearings as to Julius Darnell Kelly: Arraignment set for 9/27/2005 09:00 AM in Savannah - Mag Jud Courtroom before Magistrate Judge G. R. Smith. Detention Hearing set for 9/27/2005 09:00 AM in Savannah - Mag Jud Courtroom before Magistrate Judge G. R. Smith. (sff) (Entered: |

| | | 09/21/2005) |
|---|---|---|
| 09/21/2005 | 🔵9 | Arrest Warrant Returned Unexecuted in case as to Julius Darnell Kelly. (jgb) (Entered: 09/22/2005) |
| 09/21/2005 | | ***Location start as to Julius Darnell Kelly (jgb) (Entered: 09/22/2005) |
| 09/27/2005 | 🔵10 | Minute Entry for proceedings held before Judge G. R. Smith :Arraignment as to Julius Darnell Kelly (1) Count 1,2,3-9 held on 9/27/2005; NOT GUILTY PLEA ENTERED; GOV'T MOVES FOR PRETRIAL DETENTION; HEARING WILL BE SCHEDULED IF NECESSARY AFTER STATE BOND REVOCATION HEARING IS COMPLETED; GOV'T MOVES TO AMEND THE CAPTION OF THE INDICTMENT; NO OBJECTION; SO ORDERED (Court Reporter TAPE.) (Attachments: # 1) (sff) (Entered: 09/27/2005) |
| 09/27/2005 | 🔵 | Attorney update in case as to Julius Darnell Kelly. Attorney James R. Gardner for Julius Darnell Kelly added. (fbh) (Entered: 09/27/2005) |
| 09/27/2005 | 🔵11 | SCHEDULING ORDER as to Julius Darnell Kelly Motions due by 10/7/2005.. Signed by Judge G. R. Smith on 9/27/05. (fbh) (Entered: 09/27/2005) |
| 09/27/2005 | 🔵12 | CERTIFICATE OF DISCLOSURE by USA as to Julius Darnell Kelly, Michael Williams (fbh) (Entered: 09/27/2005) |
| 09/29/2005 | 🔵13 | CERTIFICATE OF DISCLOSURE by USA as to Julius Darnell Kelly, Michael Williams (jgb) (Entered: 09/30/2005) |
| 09/30/2005 | 🔵14 | Demand for LCrR 16.1 information by Julius Darnell Kelly (jgb) (Entered: 09/30/2005) |
| 09/30/2005 | 🔵15 | MOTION for Disclosure of exculpatory and impeaching information by Julius Darnell Kelly. (jgb) (Entered: 09/30/2005) |
| 09/30/2005 | 🔵16 | MOTION to Compel by Julius Darnell Kelly. (jgb) (Entered: 09/30/2005) |
| 09/30/2005 | 🔵17 | MOTION for Jackson-Denno Hearing by Julius Darnell Kelly. (jgb) (Entered: 09/30/2005) |
| 09/30/2005 | 🔵18 | MOTION for Witness List by Julius Darnell Kelly . (jgb) (Entered: 09/30/2005) |
| 09/30/2005 | 🔵19 | MOTION to Inspect by Julius Darnell Kelly. (jgb) (Entered: 09/30/2005) |
| 09/30/2005 | 🔵20 | MOTION for access to prospective government witnesses by Julius Darnell Kelly. (jgb) (Entered: 09/30/2005) |
| 09/30/2005 | 🔵21 | MOTION for Disclosure of grand jury testimony by Julius Darnell Kelly. (jgb) (Entered: 09/30/2005) |
| 09/30/2005 | 🔵22 | MOTION for Notice of Intent to rely upon other crimes evidence by Julius Darnell Kelly . (jgb) (Entered: 09/30/2005) |
| 09/30/2005 | 🔵23 | MOTION to determine existence of confidential informant by Julius Darnell Kelly. (jgb) (Entered: 09/30/2005) |

| 09/30/2005 | ○24 | MOTION for Disclosure of jencks act material by Julius Darnell Kelly. (jgb) (Entered: 09/30/2005) |
|---|---|---|
| 09/30/2005 | ○25 | MOTION for Notice of Intent to use evidence arguably subject to suppression by Julius Darnell Kelly . (jgb) (Entered: 09/30/2005) |
| 09/30/2005 | ○26 | MOTION to Preserve Evidence by Julius Darnell Kelly . (jgb) (Entered: 09/30/2005) |
| 09/30/2005 | ○27 | MOTION for pretrial James Hearing by Julius Darnell Kelly. (jgb) (Entered: 09/30/2005) |
| 09/30/2005 | ○28 | Certificate of service by Julius Darnell Kelly (jgb) (Entered: 09/30/2005) |
| 09/30/2005 | ○ | MOTIONS as to Julius Darnell Kelly REFERRED to Magistrate Judge: 20 MOTION for access to prospective government witnesses, 23 MOTION to Produce, 22 MOTION for Notice of Intent by Julius Darnell Kelly, 19 MOTION to Inspect, 25 MOTION for Notice of Intent by Julius Darnell Kelly, 17 MOTION for Hearing, 27 MOTION for Hearing, 21 MOTION for Disclosure, 18 MOTION for Witness List by Julius Darnell Kelly, 16 MOTION to Compel, 26 MOTION to Preserve Evidence by Julius Darnell Kelly, 24 MOTION for Disclosure, 15 MOTION for Disclosure (jgb) (Entered: 09/30/2005) |
| 10/05/2005 | ○29 | CJA 20 as to Julius Darnell Kelly: Appointment of Attorney James R. Gardner for Julius Darnell Kelly. . Signed by Judge G. R. Smith on 10/5/05. (jgb) (Entered: 10/05/2005) |
| 10/05/2005 | ○30 | THIRD CERTIFICATE OF DISCLOSURE by USA as to Julius Darnell Kelly, Michael Williams (jgb) (Entered: 10/06/2005) |
| 10/07/2005 | ○31 | FOURTH CERTIFICATE OF DISCLOSURE filed by USA as to Julius Darnell Kelly (kts) (Entered: 10/07/2005) |
| 10/24/2005 | ○32 | MOTION for Pretrial Detention Hearing by Julius Darnell Kelly. REFERRED to Magistrate Judge Smith.(kts) (Entered: 10/25/2005) |
| 10/27/2005 | ○33 | ORDER denying 32 Motion for Hearing as to Julius Darnell Kelly (1). Signed by Judge G. R. Smith on 10/27/05. (jgb) (Entered: 10/27/2005) |
| 11/01/2005 | ○34 | MOTION for Leave to File motion to suppress out of time by Julius Darnell Kelly. REFERRED to Judge Smith.(jgb) (Entered: 11/01/2005) |
| 11/04/2005 | ○35 | RESPONSE to Motion by USA as to Julius Darnell Kelly re 20 MOTION for access to prospective government witnesses, 32 MOTION for Hearing, 34 MOTION for Leave to File, 23 MOTION to Produce, 22 MOTION for Notice of Intent by Julius Darnell Kelly, 19 MOTION to Inspect, 25 MOTION for Notice of Intent by Julius Darnell Kelly, 17 MOTION for Hearing, 27 MOTION for Hearing, 18 MOTION for Witness List by Julius Darnell Kelly, 21 MOTION for Disclosure, 16 MOTION to Compel, 26 MOTION to Preserve Evidence by Julius Darnell Kelly, 24 MOTION for Disclosure, 15 MOTION for Disclosure (jgb) (Entered: 11/07/2005) |

| 11/08/2005 | 36 | MOTION for Reconsideration re 33 Order on Motion for Hearing by Julius Darnell Kelly. REFERRED to Judge Smith.(jgb) (Entered: 11/08/2005) |
| 11/14/2005 | 37 | Supplement to 36 MOTION for Reconsideration filed by Julius Darnell Kelly. REFERRED to Judge Smith.(jgb) (Entered: 11/15/2005) |
| 11/16/2005 | 38 | FIFTH CERTIFICATE OF DISCLOSURE by USA as to Julius Darnell Kelly, Michael Williams (jgb) (Entered: 11/17/2005) |
| 11/21/2005 | | Set Hearings as to Julius Darnell Kelly: Bond Hearing set for 11/28/2005 09:00 AM in Savannah - Mag Jud Courtroom before Magistrate Judge G. R. Smith. (sff) (Entered: 11/21/2005) |
| 12/06/2005 | 39 | SIXTH CERTIFICATE OF DISCLOSURE by USA as to Julius Darnell Kelly, Michael Williams (jgb) (Entered: 12/06/2005) |
| 01/09/2006 | 40 | MOTION for subpoena duces tecum by Julius Darnell Kelly. REFERRED to Judge Smith.(jgb) (Entered: 01/10/2006) |
| 01/09/2006 | 41 | MOTION to obtain investigative services by Julius Darnell Kelly. REFERRED to Judge Smith.(jgb) (Entered: 01/12/2006) |
| 01/19/2006 | 42 | ORDER denying 41 Motion to obtain the services of a private investigator as to Julius Darnell Kelly (1). Signed by Judge G. R. Smith on 1/19/06. (jgb) (Entered: 01/19/2006) |
| 01/20/2006 | 43 | ORDER Setting Conditions of Release as to Michael Williams (2) Unsecured . Signed by Judge G. R. Smith on 1/20/06. (jgb) (Entered: 01/20/2006) |
| 01/20/2006 | 44 | Appearance Bond Entered as to Michael Williams in amount of $ Unsecured, (jgb) (Entered: 01/20/2006) |
| 01/20/2006 | 45 | CJA 23 Financial Affidavit by Michael Williams (jgb) (Entered: 01/20/2006) |
| 01/20/2006 | | Minute Entry for proceedings held before Judge G. R. Smith :Initial Appearance as to Michael Williams held on 1/20/2006 (Court Reporter Tape.) (jgb) (Entered: 01/20/2006) |
| 01/20/2006 | 46 | MOTION to Quash by USA as to Julius Darnell Kelly. REFERRED to Judge Smith.(jgb) (Entered: 01/20/2006) |
| 01/25/2006 | 47 | Minute Entry for proceedings held before Judge G. R. Smith :Arraignment as to Michael Williams (2) Count 1,3-9 held on 1/25/2006; NOT GUILTY PLEA ENTERED; BOND REMAINS AS PREVIOUSLY SET (Court Reporter FTR.) (Attachments: # 1) (sff) (Entered: 01/25/2006) |
| 01/25/2006 | 48 | SCHEDULING ORDER as to Michael Williams . Signed by Judge G. R. Smith on 1/25/06. (jgb) (Entered: 01/25/2006) |
| 01/30/2006 | 49 | CJA 20 as to Michael Williams: Appointment of Attorney Thomas R. Taggart for Michael Williams. . Signed by Judge G. R. Smith on 1/30/06. |

| | | |
|---|---|---|
| | | (jgb) (Entered: 01/30/2006) |
| 02/06/2006 | ●50 | Arrest Warrant Returned Executed on 1/20/06. in case as to Michael Williams. (fbh) (Entered: 02/06/2006) |
| 02/06/2006 | | ***Excludable(s) stopped as to Michael Williams (fbh) (Entered: 02/06/2006) |
| 02/07/2006 | ●51 | ORDER denying 40 Motion for issuance of subpoenas as to Julius Darnell Kelly (1). Signed by Judge G. R. Smith on 2/7/06. (jgb) (Entered: 02/07/2006) |
| 03/09/2006 | ●52 | Sealed Document - Motion for subpoena duces tecum (jgb) (Entered: 03/09/2006) |
| 03/13/2006 | ●53 | Sealed Document - order granting motion for subpoena duces tecum (jgb) (Entered: 03/14/2006) |
| 03/13/2006 | ●54 | MOTION to Suppress by Julius Darnell Kelly. REFERRED to Judge Smith.(jgb) (Entered: 03/14/2006) |
| 03/13/2006 | ●55 | Memorandum in Support by Julius Darnell Kelly re 54 MOTION to Suppress (jgb) (Entered: 03/14/2006) |
| 03/23/2006 | ●56 | ORDER finding as moot 25 Motion for Notice of Intent as to Julius Darnell Kelly (1); finding as moot 26 Motion to Preserve Evidence as to Julius Darnell Kelly (1); finding as moot 27 Motion for Hearing as to Julius Darnell Kelly (1); finding as moot 34 Motion for Leave to File as to Julius Darnell Kelly (1); finding as moot 36 Motion for Reconsideration as to Julius Darnell Kelly (1); finding as moot 37 Motion for Reconsideration as to Julius Darnell Kelly (1); finding as moot 46 Motion to Quash as to Julius Darnell Kelly (1); finding as moot 54 Motion to Suppress as to Julius Darnell Kelly (1); finding as moot 15 Motion for Disclosure as to Julius Darnell Kelly (1); finding as moot 16 Motion to Compel as to Julius Darnell Kelly (1); finding as moot 17 Motion for Hearing as to Julius Darnell Kelly (1); finding as moot 18 Motion for Witness List as to Julius Darnell Kelly (1); finding as moot 19 Motion to Inspect as to Julius Darnell Kelly (1); finding as moot 20 Motion as to Julius Darnell Kelly (1); finding as moot 21 Motion for Disclosure as to Julius Darnell Kelly (1); finding as moot 22 Motion for Notice of Intent as to Julius Darnell Kelly (1); finding as moot 23 Motion to Produce as to Julius Darnell Kelly (1); finding as moot 24 Motion for Disclosure as to Julius Darnell Kelly (1). Signed by Judge G. R. Smith on 3/23/06. (jgb) (Entered: 03/24/2006) |
| 04/05/2006 | ●57 | MOTION for Bond by Julius Darnell Kelly. REFERRED to Judge Smith. (jgb) (Entered: 04/05/2006) |
| 04/19/2006 | ●58 | Minute Entry for proceedings held before Judge G. R. Smith :Detention Hearing as to Julius Darnell Kelly held on 4/19/2006; BOND IS SET AT $20,000 FULLY SECURED (Court Reporter FTR.) (sff) Additional attachment(s) added on 4/19/2006 (sff). (Entered: 04/19/2006) |
| 05/09/2006 | ●59 | CHANGE OF PLEA entered by Michael Williams (2) Guilty Count 8. |

| | | |
|---|---|---|
| | | (jgb) (Entered: 05/09/2006) |
| 05/09/2006 | ◑ | Minute Entry for proceedings held before Judge William T. Moore :Change of Plea Hearing as to Michael Williams held on 5/9/2006 in Savannah, GA. Defendant entered guilty plea to count 8 of the indictment and was allowed to remain on bond as previously set. Court allowed defendant to travel outside of the district from May 13, 2006 through May 16, 2006. (Court Reporter Cowart.) (mlg) (Entered: 05/09/2006) |
| 05/10/2006 | ◑ | Minute Entry for proceedings held before Judge William T. Moore :Change of Plea Hearing as to Julius Darnell Kelly held on 5/10/2006 in Savannah, GA. Defendant entered guilty plea to count 2 of the indictment and was remanded to the custody of the USM. (Court Reporter Cowart.) (mlg) (Entered: 05/15/2006) |
| 05/10/2006 | ◑60 | CHANGE OF PLEA entered by Julius Darnell Kelly (1) Guilty Count 2. (jgb) (Entered: 05/16/2006) |
| 05/18/2006 | ◑61 | SEVENTH CERTIFICATE OF DISCLOSURE by USA as to Julius Darnell Kelly, Michael Williams (jgb) (Entered: 05/18/2006) |
| 05/25/2006 | ◑62 | EIGHTH CERTIFICATE OF DISCLOSURE by USA as to Julius Darnell Kelly, Michael Williams (jgb) (Entered: 05/25/2006) |
| 06/13/2006 | ◑63 | MOTION for Leave of Absence by Thomas R. Taggart as to Michael Williams For dates of : July 12-July 20, 2006 . Responses due by 6/28/2006 (fbh) (Entered: 06/13/2006) |
| 06/21/2006 | ◑64 | ORDER granting 63 Motion for Leave of Absence as to Michael Williams (2). Signed by Judge William T. Moore on 6/2/106. (fbh) (Entered: 06/21/2006) |
| 07/14/2006 | ◑65 | MOTION to Reduce Sentence by USA as to Michael Williams. (jgb) (Entered: 07/14/2006) |
| 08/21/2006 | ◑ | Minute Entry for proceedings held before Judge William T. Moore :Sentencing held on 8/21/2006 in Savannah, GA. 5k1.1 motion granted. See judgment. (Court Reporter Cowart.) (mlg) (Entered: 08/21/2006) |
| 08/21/2006 | ◑66 | PLEA AGREEMENT as to Michael Williams (fbh) (Entered: 08/22/2006) |
| 08/23/2006 | ◑67 | JUDGMENT as to Michael Williams (2), Count(s) 1, 3-7, 9, Dismissed; Count(s) 8, Defendant is hereby sentenced to probation for a term of 4 years; std/special conditions of probation; assessment of $100.00 . Signed by Judge William T. Moore on 8/23/06. (jgb) (Entered: 08/23/2006) |
| 10/13/2006 | ◑68 | SENTENCING MEMORANDUM by Julius Darnell Kelly (jgb) (Entered: 10/16/2006) |
| 10/16/2006 | ◑ | Minute Entry for proceedings held before Judge William T. Moore :Sentencing held on 10/16/2006 in Savannah, GA. Defendant |

| | | |
|---|---|---|
| | | remanded to custody of the USM. See Judgment. (Court Reporter Cowart.) (mlg) (Entered: 10/17/2006) |
| 10/17/2006 | ❍69 | PLEA AGREEMENT as to Julius Darnell Kelly (jgb) (Entered: 10/17/2006) |
| 10/17/2006 | ❍70 | JUDGMENT as to Julius Darnell Kelly (1), Count(s) 1, 3-9, Dismissed; Count(s) 2, Defendant is hereby committed to the custody of the USBOP for a term of 30 months; supervised release for a term of 3 years; std/special conditions of supervision; assessment of $100.00 . Signed by Judge William T. Moore on 10/17/06. (jgb) (Entered: 10/17/2006) |
| 10/17/2006 | ❍ | TERMINATE CASE (jgb) (Entered: 10/17/2006) |
| 10/27/2006 | ❍71 | CJA 20 as to Michael Williams: Authorization to Pay Thomas Taggart. Amount: $ 1527.20, . Signed by Judge William T. Moore on 10/27/06. (jgb) (Entered: 10/27/2006) |
| 05/17/2007 | ❍72 | Probation Jurisdiction Transferred to Middle District of Alabama as to Michael Williams Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (jgb) (Entered: 05/17/2007) |

AO 245B (Rev 12/03)  Judgment in a Criminal Case

Sheet 1

# United States District Court

## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

UNITED STATES OF AMERICA
v.

Michael Williams

**JUDGMENT IN A CRIMINAL CASE**

Case Number:    CR405-00264-002

USM Number:    12573-021

Thomas R. Taggart
Defendant's Attorney

**THE DEFENDANT:**

[X]    pleaded guilty to Count _8_ .
[ ]    pleaded nolo contendere to Count(s) _ which was accepted
       by the court.
[ ]    was found guilty on Count(s)_ after a plea of not guilty.

The defendant has been convicted of the following offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 922(a)(6) | False statements to purchase firearms | August 19, 2005 | 8 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has been found not guilty on count(s)___ .
[X]    Counts _1, 3 through 7, and 9_ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 21, 2006

Date of Imposition of Judgment

Signature of Judge

William T. Moore, Jr.
Chief Judge, U.S. District Court
Name and Title of Judge

Aug. 23, 2006
Date

ATTEST: A TRUE COPY
certified to    5/1/67

Deputy Clerk

AO 245B (Rev 12/03) Judgment in a Criminal Case:
Sheet 4 - Probation

Judgment-Page 2 of 5

DEFENDANT: Michael Williams
CASE NUMBER: CR405-00264-002

## PROBATION

The defendant is hereby sentenced to probation for a term of <u>4 years</u> .

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

[ ]    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check, if applicable.)

[X]    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[X]    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[ ]    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and

14)    Any possession, use, or attempted use of any device to impede or evade drug testing shall be a violation of probation.

AO 245B (Rev 12/03) Judgment in a Criminal Case:
    Sheet 4C - Probation

Judgment-Page 3 of 5

DEFENDANT: Michael Williams
CASE NUMBER: CR405-00264-002

## SPECIAL CONDITIONS OF SUPERVISION

1.    The defendant shall participate in a program of testing for drug and alcohol abuse and, if the Court determines it is necessary, the defendant shall participate in a program of treatment for drug and alcohol abuse.

2.    The defendant shall complete 200 hours of community service during the first 24 months of supervision.

3.    The defendant shall complete the requirements to be awarded a General Educational Development diploma within the first 24 months of supervision.

## ACKNOWLEDGMENT

Upon finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)    _____

       Defendant

      _____

      Date

      _____

      U. S. Probation Officer/Designated Witness

      _____

      Date

AO 245B (Rev 12/03) Judgment in a Criminal Case:
    Sheet 5 - Criminal Monetary Penalties

Judgment-Page 4 of 5

DEFENDANT: Michael Williams
CASE NUMBER: CR405-00264-002

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $100 | | |

[ ] The determination of restitution is deferred until ____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such a determination.

[ ] The defendant must make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **Totals:** | | | |

[ ] Restitution amount ordered pursuant to plea agreement      $ ____

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ]    The interest requirement is waived for the    [ ] fine    [ ] restitution.
    [ ]    The interest requirement for the    [ ] fine    [ ] restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev 12/03)  Judgment in a Criminal Case:
   Sheet 6 - Criminal Monetary Penalties

Judgment-Page 5 of  5

DEFENDANT: Michael Williams
CASE NUMBER: CR405-00264-002

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A [X]    Lump sum payment of $ 100 due immediately, balance due

        [  ] not later than ____; or
        [  ] in accordance with    [  ] C,   [  ] D,   [  ] E, or    [  ] F below; or

B [  ]    Payment to begin immediately (may be combined with    [  ] C,    [  ] D, or    [  ] F below); or

C [  ]    Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

D [  ]    Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of ___ (e.g., months or years), to commence __(e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E [  ]    Payment during the term of supervised release will commence within __ (eg., 30 or 60 days) after release from imprisonment. the court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F [  ]    Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.
The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[  ]    Joint and Several
        Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount,  Joint and Several Amount, and corresponding payee, if appropriate:


[  ]    The defendant shall pay the cost of prosecution.

[  ]    The defendant shall pay the following court cost(s):


[  ]    The defendant shall forfeit the defendant's interest in the following property to the United States:


Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest; (4) fine principal; (5) fine interest; (6) community restitution; (7) penalties, and (8) costs, including cost of prosecution and court costs.

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2005 SEP 16  AM 10: 25

CLERK _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | INDICTMENT **CR 405-264** |
| v. | ) | |
| | ) | VIO:  18 U.S.C. § 371 |
| JULIUS DARNELL KELLY | ) | CONSPIRACY |
| | ) | |
| and | ) | 18 U.S.C. § 922(a)(1) |
| | ) | UNLICENCED DEALING |
| MICHAEL WILLIAMS | ) | IN FIREARMS |
| | ) | |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| | ) | FALSE STATEMENTS TO |
| | ) | PURCHASE FIREARMS |
| | ) | |

THE GRAND JURY CHARGES:

## COUNT ONE
## (CONSPIRACY)

**A.    The Conspiracy**

1.    Beginning on or about June 25, 2005, and continuing thereafter until about August 31, 2005, the exact dates being unknown to the Grand Jury, in Liberty County, within the Southern District of Georgia, and elsewhere, the Defendants herein,

**JULIUS DARNELL KELLY,**

and

**MICHAEL WILLIAMS,**

aided and abetted by each other and other unindicted co-conspirators known and unknown to the Grand Jury, knowingly combined, conspired, confederated and agreed together and with each other:

ATTEST: A TRUE COPY
Certified _____ 5|1|10
_____ Deputy Clerk

(A) To, while not being licensed importers, manufacturers, dealers or collectors, engage in the business of dealing in firearms, or in the course of such business to ship, transport or receive firearms in interstate commerce, in violation of Title 18, United States Code, Section 922(a)(1);

(B) To, in connection with the purchase and acquisition of firearms from federally licensed firearms dealers, knowingly make, and cause the making of, false and fictitious written statements regarding who was the true buyer and true purchaser of all of the firearms purchased, which statements were intended and likely to deceive said dealers with respect to facts material to the lawfulness of the sale of the firearms in violation of Title 18, United States Code, Section 924(a)(1)(A);

2. The primary purpose of the conspiracy was to make money by illegally buying firearms in the State of Georgia and transporting the firearms to the State of Maryland for sale.

B.    Overt Acts

3.    In furtherance of the conspiracy and to effect the objects thereof, the defendants and their unindicted co-conspirators committed the below listed transactions on the dates and at the locations noted:

| DATE PURCHASED | PURCHASER | DEALER | FIREARMS PURCHASED |
|---|---|---|---|
| June 25, 2005 | WILLIAMS | Pawn City, Hinesville, Georgia | a. Hi-Point, model C9, 9mm semiautomatic pistol, serial number P1251818<br>b. Hi-Point, model CF380, .380 caliber semiautomatic pistol, serial number P810299<br>c. Hi-Point, model JHP, .45 caliber semiautomatic pistol, serial number X405595 |

2

| July 1, 2005 | WILLIAMS | Mr. Cash Pawn Shop, Hinesville, Georgia | a. Hi-Point, model JHP, .45 caliber semiautomatic pistol, serial number X435424<br>b. Hi-Point, model C9, 9mm semiautomatic pistol, serial number P1257011<br>c. Hi-Point, model C9, 9mm semiautomatic pistol, serial number P1257013<br>d. Hi-Point, model C9, 9mm semiautomatic pistol, serial number P1257019 |
|---|---|---|---|
| July 8, 2005 | WILLIAMS | Mr. Cash Pawn Shop, Hinesville, Georgia | Two Hi-Point, model JCP40, .40 caliber semiautomatic pistols, serial numbers X722205 and X722206 |
| July 11, 2005 | WILLIAMS | Gold and Silver Pawnshop, Hinesville, Georgia | a. Jimenez, model JA 38, .380 caliber semiautomatic pistol, serial number 016451<br>b. Jimenez, model JA Nine, 9mm semiautomatic pistol, serial number 001557<br>c. Jimenez, model JA Nine, 9mm semiautomatic pistol, serial number 001558 |
| August 13, 2005 | WILLIAMS | Mr. Cash Pawn Shop, Hinesville, Georgia | a. Hi-Point, model C9, 9mm semiautomatic pistol, serial number P1265700<br>b. Hi-Point, model C9, 9mm semiautomatic pistol, serial number P1265706<br>c. Hi-Point, model C9, 9mm semiautomatic pistol, serial number P1265709<br>d. Hi-Point, model JHP45, .45 caliber semiautomatic pistol, serial number X435406 |
| August 19, 2005 11:26 A.M. | WILLIAMS | Gold and Silver Pawnshop, Hinesville, Georgia | a. Hi-Point, model C9, 9mm semiautomatic pistol, serial number P1264772<br>b. Hi-Point, model C9, 9mm semiautomatic pistol, serial number P1264773<br>c. Jimenez, model JA 38, .380 caliber semiautomatic pistol, serial number 016585<br>d. Jimenez, model JA 38, .380 caliber semiautomatic pistol, serial number 016599 |

3

| | | | |
|---|---|---|---|
| August 19, 2005 12:05 P.M. | WILLIAMS | Gold and Silver Pawnshop, Hinesville, Georgia | Bryco, model 38, .380 caliber semiautomatic pistol, serial number 1597039 |
| August 31, 2005 | J. W. | Mr. Cash Pawn Shop, Hinesville, Georgia | a. Hi-Point, model C9, 9mm semiautomatic pistol, serial number P1269239 b. Hi-Point, model C9, 9mm semiautomatic pistol, serial number P1269235 c. Hi-Point, model CF380, .380 caliber semiautomatic pistol, serial number P832892 d. Hi-Point, model CF380, .380 caliber semiautomatic pistol, serial number P832787 e. Hi-Point, model CF380, .380 caliber semiautomatic pistol, serial number P832754 |

6. On or about the dates mentioned above, defendants JULIUS DARNELL KELLY,

MICHAEL WILLIAMS and "J. W." purchased the semiautomatic pistols mentioned above from

Pawn City, Mr. Cash Pawn Shop, and Gold and Silver Pawnshop, federally licensed firearms

dealers located in Hinesville, Georgia.

7. WILLIAMS and "J. W." executed an ATF 4473 Firearms Transaction Record on each

date mentioned for the purchase of the firearms.

8. In the aforesaid ATF 4473 Firearms Transaction Records, each coconspirator stated

that he or she was the true purchaser and buyer of the above listed firearms.

9. The defendants and their coconspirators purchased the firearms with funds provided

by JULIUS DARNELL KELLY and others.

10. Each of the defendants and conspirators knew and had reason to believe that the

purpose of the purchases was to transport the firearms to Maryland and sell them without a

Federal Firearms License.

4

11. In Counts Two-Nine hereinafter, these acts are realleged and made a part of this Count;

In violation of Title 18, United States Code, Section 371.

## COUNT TWO
## (UNLICENCED DEALING IN FIREARMS)

### THE GRAND JURY FURTHER CHARGES THAT:

1.    The General Allegations of Count One are hereby incorporated into this count as if fully set forth herein.

2.    Beginning on or about Beginning on or about June 25, 2005, and continuing thereafter until about August 31, 2005, the exact dates being unknown to the Grand Jury, in Liberty County, within the Southern District of Georgia, and elsewhere, defendant

### JULIUS DARNELL KELLY,

aided and abetted by other persons both known and unknown, willfully engaged in the business of dealing in firearms without a license;

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNTS THREE-NINE
## (FALSE STATEMENTS TO PURCHASE FIREARMS)

### THE GRAND JURY FURTHER CHARGES THAT:

1.    The General Allegations of Count One are hereby incorporated into this count as if fully set forth herein.

2.    On or about the following dates, in the Southern District of Georgia, and within the jurisdiction of this Court, defendant MICHAEL WILLIAMS, aided, abetted, counseled and commanded by JULIUS DARNELL KELLY and others, in connection with the acquisition of

5

the following firearms from the following federally licensed firearms dealers, did knowingly and wilfully make false and fictitious written statements, to wit: that he was the buyer and true purchaser of all of the firearms purchased, when in fact the firearms were purchased for **JULIUS DARNELL KELLY**, which statements were intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale of said firearms, as follows;

| COUNT | DATE PURCHASED | DEALER | FIREARMS PURCHASED |
|---|---|---|---|
| 3 | June 25, 2005 | Pawn City, Hinesville, Georgia | a. Hi-Point, model C9, 9mm semiautomatic pistol, serial number P1251818<br>b. Hi-Point, model CF380, .380 caliber semiautomatic pistol, serial number P810299<br>c. Hi-Point, model JHP, .45 caliber semiautomatic pistol, serial number X405595 |
| 4 | July 1, 2005 | Mr. Cash Pawn Shop, Hinesville, Georgia | a. Hi-Point, model JHP, .45 caliber semiautomatic pistol, serial number X435424<br>b. Hi-Point, model C9, 9mm semiautomatic pistol, serial number P1257011<br>c. Hi-Point, model C9, 9mm semiautomatic pistol, serial number P1257013<br>d. Hi-Point, model C9, 9mm semiautomatic pistol, serial number P1257019 |
| 5 | July 8, 2005 | Mr. Cash Pawn Shop, Hinesville, Georgia | Two Hi-Point, model JCP40, .40 caliber semiautomatic pistols, serial numbers X722205 and X722206 |
| 6 | July 11, 2005 | Gold and Silver Pawnshop, Hinesville, Georgia | a. Jimenez, model JA 38, .380 caliber semiautomatic pistol, serial number 016451<br>b. Jimenez, model JA Nine, 9mm semiautomatic pistol, serial number 001557<br>c. Jimenez, model JA Nine, 9mm semiautomatic pistol, serial number 001558 |
| 7 | August 13, 2005 | Mr. Cash Pawn Shop, Hinesville, Georgia | a. Hi-Point, model C9, 9mm semiautomatic pistol, serial number P1265700<br>b. Hi-Point, model C9, 9mm semiautomatic pistol, serial number P1265706<br>c. Hi-Point, model C9, 9mm semiautomatic pistol, serial number P1265709<br>d. Hi-Point, model JHP45, .45 caliber semiautomatic pistol, serial number X435406 |

6

| COUNT | DATE PURCHASED | DEALER | FIREARMS PURCHASED |
|-------|----------------|--------|--------------------|
| 8 | August 19, 2005 11:26 A.M. | Gold and Silver Pawnshop, Hinesville, Georgia | a. Hi-Point, model C9, 9mm semiautomatic pistol, serial number P1264772<br>b. Hi-Point, model C9, 9mm semiautomatic pistol, serial number P1264773<br>c. Jimenez, model JA 38, .380 caliber semiautomatic pistol, serial number 016585<br>d. Jimenez, model JA 38, .380 caliber semiautomatic pistol, serial number 016599 |
| 9 | August 19, 2005 12:05 P.M. | Gold and Silver Pawnshop, Hinesville, Georgia | Bryco, model 38, .380 caliber semiautomatic pistol, serial number 1597039 |

In violation of Title 18, United States Code, Section 922(a)(6).

A True Bill.

Foreperson

LISA GODBEY WOOD
UNITED STATES ATTORNEY

Joseph D. Newman
Assistant United States Attorney
Chief, Criminal Section

Frederick W. Kramer
Assistant United States Attorney
Senior Litigation Counsel

Cameron Heaps Ippolito**
Assistant United States Attorney

**Lead Counsel

7